**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES and the STATE OF NEW YORK *ex rel.* LAUREN NORRIS,<br><br>      Plaintiffs,<br><br>     v.<br><br>THE NEW YORK AND PRESBYTERIAN HOSPITAL; MODIVCARE SOLUTIONS, LLC; CITYWIDE MOBILE RESPONSE CORP.; LIFELINE AMBULANCE SERVICE, INC.; SENIORCARE EMERGENCY MEDICAL SERVICES INC.; HUNTER AMBULANCE, INC.; and HUNTER EMS, INC,<br><br>      Defendants. | **22 Civ. 07716 (VSB)**<br><br>**ORDER** |

   The United States of America (the "United States") having now declined to intervene pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the State of New York ("New York") having now declined to intervene pursuant to the New York False Claims Act, N.Y. State Fin. Law § 190(2)(f), with respect to the claims raised in the above-captioned *qui tam* action;

   IT IS ORDERED THAT:

   1. The complaint shall be unsealed thirty days after entry of this Order and, in the event that the relator has not moved to dismiss this action, service upon the defendants by the relator is authorized as of that date. If the relator voluntarily dismisses the complaint pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure within this thirty-day period, the relator may seek to modify this Order with the consent of the United States and New York, or by motion on notice to the United States and New York.

2. The United States' Notice of Election to Decline Intervention and New York's Notice of Election to Decline Intervention shall be served by the relator upon defendants only after service of the complaint.

3. All documents filed in this action prior to the entry of this Order shall remain under seal and not be made public, except for, thirty days after entry of this Order, the complaint, this Order, the United States' Notice of Election to Decline Intervention, and New York's Notice of Election to Decline Intervention.

4. Upon the unsealing of the complaint, the seal shall be lifted as to all matters occurring in this action subsequent to the date of this Order.

5. The parties shall serve all pleadings, motions, and notices of appeal filed in this matter, including supporting memoranda, upon the United States and New York. The United States and New York may order any transcripts of depositions. The United States and New York may seek to intervene with respect to the allegations in the relator's complaint, for good cause, at any time or may seek dismissal of this action after intervention.

6. All further orders of this Court in this matter shall be sent to the United States and New York by the relator.

7. Should the relator propose that this action or any of its allegations be dismissed, settled or otherwise discontinued, or that any defendant be dismissed from the case, the relator must solicit the written consent of the United States and New York before applying for Court approval.

Dated: May 12, 2025
      New York, New York

SO ORDERED:

_____
HON. VERNON S. BRODERICK
United States District Judge

3